DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH MANZARO,**
Appellant,

v.

**LINDA D'ALESSANDRO,**
Appellee.

No. 4D16-3951

[August 3, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Acting Circuit Judge; L.T. Case No. 2016DR009529XXXXMB.

Guillermo J. Farinas, Palm Beach, for appellant.

Megan K. Wells of Wells Law Firm, LLC, Miami Lakes, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, DAMOORGIAN and KUNTZ, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***